UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMES P. CARRIERE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:18-CV-06029-RSL<br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including March 25, 2019, to file a Response to Plaintiff's Complaint.

DATED this 26th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE

Page 1      ORDER - [3:18-CV-06029-RSL]