UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JAMES P. CARRIERE, | Civil No. 3:18-CV-06029-RSL |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Further develop the record and hold a de novo hearing;
- Call a psychological expert to give testimony regarding the claimant's mental impairments and the extent of any mental limitations;
- Re-consider the claimant's mental impairments at step two;
- Further consider Listing 13.25 at step three, including any adverse effects of anti-cancer treatment;

- Reassess the claimant's subjective allegations;
- Reevaluate the entire opinion evidence;
- Further consider the lay witness evidence;
- In light of the above findings, re-assess the claimant's residual functional capacity;
- Continue through the sequential evaluation process, as necessary; and
- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Dated this 7th day of May, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2950
Fax: (206) 615-2531
alexis.toma@ssa.gov